"Memorandum of Law brief."

The PETITIONER FILES This his 1983 FEDERAL complaint, Memorandum of Law brief in support of his complaint and an, in Formal PAUPERS to support his indigent complaint, all dated: /

The, city, Town or municipality of Harlingen county; Brownsville, Texas, 78520. may be sued under Monell, V. N.Y. city dept. of Social Services, 436 U.S. 658 (1978).

Since the, city, Town or, municipality is the controller of the city's social services or activities of the municipality's social services, and the city denied due process, equal protection and equal protections to the Laws, imposed malicious cruel and unusual punishments in violations of the clauses of the U.S. constitution, please see 5Th, 6Th, 8Th and 14Th amendments of the constitution, please, the defendants illegal conducts committed by state officials who abused their power, authorities, which they possess "by virtue of state and federal Laws, and made possible because, officials are clothed with the authority (ties) of legal duties, please see State, V. Kurtz, 995 P.2d. 951 (mont. 2000) and the requirements do not mean That actions have to be Legal either, please see Monroe, V. Pape, 365 U.S. 167 (1961) and The persons work for the state, city government. The court Failed to adequate represent The petitioner, please see Miranda, V. Clark Co., 319 F.3d. 465 (9Th cir. 2003); CLA-

RK; V. ARIZONA, 548. U.S. 735, 766 (2006), and the defendants were prohibited by U.S. Supreme court to not shander the accused convicted, victim, please see Gitlow, V. New York, 1925 268 U.S. 652. The defendants were prohibited from discriminating the victim who could not speak, understand English or read or write Spanish or English, the attorney had access to interpreters (from) the court if he could not speak Spanish and he was also prohibited from asking the victim to sign legal documents without explaining to the petitioner what they were for, he had a right to explain his U.S. const. rights and not set the petitioner up to get convicted and deported without due process clauses to the U.S. constitution, please see Miranda supra above, 5th, 6th amends; under U.S. code section 1981-1982, which prohibits discrimination(s) and, Padilla, V. Kentucky, 130 S.CT. 1473 (2010) in where the court held that it is ineffective assistance of counsel for an attorney not to advise or warn a client that, he could be deported and that, deportation was is a collateral consequence, and the illegal allowances of letting or making the victim, to sign documents without his knowledge of what he was signing slanders and the court libels for such actions see,

STATE, V. KING, supra above Arld, GITLOW, V. NIE-
W YORK, 1925 (268 U.S. 652) supra, and Padilla, V. KEN-
Tucky supra above which prohibits such ine-
FFECTIVENESS by an public counsel, in failing to
advise an legalized new American citizen to
be discriminated, see 5th, 6th amends; und-
ER Code section 1981-1982 supra above, please.
The state violated the 14th amend and, the
5th prohibits the, the Federal government
From violations of due processes to the clauses
OF the U.S. constitution, the petitioner requests
A billion dollars in damages or an Federal jury
To hear and rule on damages for all viol-
ations of civil rights, please, Thank you!"

X TORRES TORRES
        899 Frm 632,
        Kenedy; TX, 78119.

"C. copy!"

                                    #2105-
                                    #____ 760.

                        02 / 9Th / 2019.

"VERIFICATION; DECLARATION AND, AFFIDAVIT":
I; JESUS, TORRES. GARCIA # 2105760. Do Honorably SWEAR That AN; "1983 COMPLAINT; MEMORANDUM of Law brief AND, INFORMAL PAUPERIS FORM ALL dated; 02/9TH/2019. ARE bEing SENT TO The; U.S. DISTRICT COURT OF EASTERN DISTRICT; HARTFORD CONNECTICUT AND A T; 450 MAIN STREET. HARTFORD; CT, 06103. MAiLED Through; CONNALLY UNIT AND (ITS) U.S. POSTAL SERVICE MAIL ROOM; ON The 9TH day of FEBRUARY, 2019.

"Do Honorably SWEAR That; (ALL) INFORMATION IS TRUE AND CORRECT; UNDER OATH, PENALTY OF PERJURY FEDERAL LAW, (28 U.S.C.A. 1746). Thank you!".

X TORRES JESUS                          # 2015760.

WITNESS And Jail house LAWYER:
MR. Ismael Hernandez, Padilla
356764.

899 FM 632
Kenedy; TX, 78119.
"C-copy!: 02/9TH/2019.