JESUS; TORRES. GARCIA #2015760;
899 Fm 632,
KENEdy, TX, 78119.

"legal mail."

TO: U.S. DISTRICT COURT;
450 MAIN STREET;
HARTFORD; CT, 06103.

06103-302299